WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| James Lee LaChance, | ) | |
| | ) | |
| Plaintiff, | ) | CIV 04-457 PHX SRB (VAM) |
| | ) | CIV 04-1130 PHX SRB (VAM) |
| v. | ) | (CONSOLIDATED) |
| | ) | |
| Maricopa County Flood Control | ) | O R D E R |
| District, et al., | ) | |
| | ) | |
| Defendants. | ) | |

On September 19, 2005, plaintiff filed a Motion to Compel Discovery. (Doc. 149). In the Motion to Compel, plaintiff asks the Court to order defendant, Correctional Services Corporation, to answer his requests for admissions. The Motion indicates that the requests for admissions were served and there has been no response. Defendant, Correctional Services Corporation, filed a response indicating they have responded to the requests for admissions.

The Motion to Compel a response to a request for admission is not contemplated by Rule 36, F.R.Civ.P. If a matter is not admitted within thirty days after service of the request, the request is deemed admitted. Therefore, it is not necessary or contemplated by the Rule that a party asks the Court to order a response. If the request for admission was timely and proper, a party's failure to respond is deemed an admission under the Rule. Rule 36, F.R.Civ.P. Therefore, the Motion will be denied.

1    **IT IS THEREFORE ORDERED** denying plaintiff's Motion to Compel

2  Discovery.   (Doc. 149).

3        DATED this 6th day of December, 2005.

4

5  _____
                     *Virginia A. Mathis*

6                     Virginia A. Mathis
                United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2